UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

KELLY NAROWSKI,

    Plaintiff,

vs.

CASE NO: 4:07-cv-00065-F

LBB ENTERPRISES, INC.,

    Defendants.
_____/

## FINAL ORDER

THIS CAUSE came before consideration of this Court upon the parties Joint Stipulation of Dismissal With Prejudice.

The Court has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises it is ORDERED AND ADJUDGED that:

1. This action be and same is hereby dismissed against Defendant with prejudice.
2. This Court shall retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties.
3. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

DONE AND ORDERED in Chambers this the _12_ day of _August_ 2009.

_James C. Fox_
U/S. DISTRICT JUDGE